IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division

JEAN E. WILLIAMS, Chief
KRISTEN F. GUSTAFSON, Assistant Chief
BRETT GROSKO
Trial Attorney (Md. Bar)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, DC 20044-7369
Telephone: (202) 305-0342
E-mail: brett.grosko@usdoj.gov

*Attorneys for the Defendant*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
(Phoenix Division)**

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>     Plaintiff,<br><br>     v.<br><br>KEN SALAZAR, U.S. Secretary of the Interior,<br><br>     Defendant, and<br><br>BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF GUNNISON, COLORADO, and<br><br>ARIZONA CATTLE RANCHERS' ASSOCIATION and NEW MEXICO CATTLE RANCHERS' ASSOCIATION,<br><br>     *Amicus curaie*. | Civil No. 2:09-cv-00574-FJM<br><br>**DEFENDANT'S CROSS MOTION FOR SUMMARY JUDGMENT** |

COMES NOW THE DEFENDANT, by and through the undersigned attorneys, and hereby moves for summary judgment pursuant to Federal Rule of Civil Procedure 56(a). Defendant's Cross Motion for Summary Judgment ("Motion") is based on the Statement of Undisputed Facts, Memorandum, as well as the Administrative Record

-1-

before the Court, and the pleadings. As these supporting documents make clear, there is no genuine issue as to any material fact and the Defendant is entitled to a judgment as a matter of law. Defendant's Cross-Motion for Summary Judgment should be granted and all of Plaintiff's claims should be dismissed with prejudice. Accordingly, the Court should enter summary judgment in Defendant's favor. Fed. R. Civ. P. 56(c); 5 U.S.C. § 706.

DATED this 16th day of December, 2009.

Respectfully submitted,

IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division

JEAN E. WILLIAMS, Chief
KRISTEN F. GUSTAFSON, Assistant Chief

*/s/ J. Brett Grosko*
_____
BRETT GROSKO
Trial Attorney (Md. Bar)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, DC  20044-7369
Telephone: (202) 305-0342
E-mail: brett.grosko@usdoj.gov

## **CERTIFICATE OF SERVICE**

This is to certify that on this 16th day of December, 2009, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send electronic filing to the following counsel of record:

Jay Tutchton: jtutchton@wildearthguardians.org

David Baumgarten dbaumgarten@gunnisoncounty.org

Melissa A. Hailey: mhailey@wildearthguardians.org

Ron Upsahl: ropsahl@mountainstateslegal.com.

*/s/ J. Brett Grosko*
_____
J. Brett Grosko